UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTIN HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. **ED CV 17-01575-VBF-KES**<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Justin Hernandez.** IT IS SO ADJUDGED.

Dated: July 17, 2018

*Valerie Baker Fairbank*

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge